UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA CORWIN,<br><br>        Plaintiff,<br><br>  v.<br><br>MERCHANT VALLEY CORPORATION dba BEST WESTERN APRICOT INN; MAHMOOD MERCHANT, TRUSTEE of the MERCHANT FAMILY LIVING TRUST DATED NOVEMBER 13, 2003; AMINA MERCHANT, TRUSTEE of the MERCHANT FAMILY LIVING TRUST DATED NOVEMBER 13, 2003,<br><br>        Defendants. | No.  2:12-cv-00191-GEB-CMK<br><br>**ORDER** |

        A Minute Order issued July 15, 2014, which states: "The parties have notified the court that this case has settled. Accordingly, the settlement conference set for July 16, 2014 is VACATED. Dispositional papers shall be filed within thirty days of this order." (ECF No. 20.)

        In light of the referenced settlement, the trial scheduled to commence at 9:00 a.m. on August 12, 2014, is vacated.

        A status conference is scheduled to commence at 9:00 a.m. on September 15, 2014, in the event no dispositional

1

document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  July 16, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] Failure to respond to the July 15, 2014 Minute Order's thirty day deadline to file a dispositional document may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See [E.D. Cal. R. 160(b)] ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").