UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA CORWIN,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCHANT VALLEY CORPORATION dba BEST WESTERN APRICOT INN; MAHMOOD MERCHANT, TRUSTEE of the MERCHANT FAMILY LIVING TRUST DATED NOVEMBER 13, 2003; AMINA MERCHANT, TRUSTEE of the MERCHANT FAMILY LIVING TRUST DATED NOVEMBER 13, 2003,<br><br>        Defendants. | No. 2:12-cv-00191-GEB-CMK<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The parties state in the Joint Status Report ("JSR") filed August 28, 2014, in relevant part:

> 2. The Parties were able to reach a settlement in principle prior to the settlement conference that was currently set for July 16, 2014 (See Doc. 16).
>
> 3. The Parties have agreed to the terms of the settlement agreement and are currently in the process of acquiring the relevant parties' signatures.
>
> 4. Counsel have worked cooperatively to ensure that the Medicare release and any necessary payments will be made with the dispersion of settlement funds.
>
> 5. The Parties are hopeful that they will have both fully executed releases and the

1

|||
|---|---|
|1||settlement payment prior to the last day for dismissal (See Doc. No. 21), and will continue to work diligently to execute all necessary releases and file a timely dismissal.|
|2|||
|3|||
|4||6. The Parties would respectively request, however, a brief thirty (30) day extension in time to file such a dismissal.|
|5|||

(JSR 2:16-17, ECF No. 22.)

Therefore, a dispositional document shall be filed no later than September 29, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the status conference scheduled for hearing on September 15, 2014, is continued to commence at 9:00 a.m. on October 27, 2014, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2